United States District Court
For the District of Massachusetts

2024 FEB 16 AM 11:55

George Kersey,           x
    Plaintiff           x    Civil Action
       v                x    No.
Republican National
    Committee           x
    Defendant           x

## COMPLAINT

1. Plaintiff resides at 684 Newton Street, Chestnut Hill, MA 02467

2. Defendant is at 310 First Street SE, Washington, DC 20003.

3. Adolph Hitler took over the German Worker Party in German converted it to Nazism.

4. Similarly Donald Trump has taken over the so-called Republican Party and converted it to Confederatism.

5. Accordingly, the current Republican should be re-named as the American Confederate Policy which believes in social inequality in violation of the United States Constitution which believes "all men (and women) are created equal.

6. Plaintiff has standing because served in the U.S. Military and took an oath to defend the Constitution

Respectfully
George Kersey
George Kersey